# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

JAMES WILLIAM DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1782

—————————————————

April 26, 2024

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa; and Cerese Crawford Taylor, Senior Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.